```
Civil      INFORMATION FOR CASE #335320   AS OF 07/14/2010 09:50   5127 CONTINUED
    JONATHAN S SHURBERG P C            VS. MINNESOTA LAWYERS MUTUAL INSURANCE
-----------------------------------------------------------------------------
```

### DOCKET INFORMATION

CASE ID: 335320V    Reference Case:   (none)

07/13/2010 #1     BILL OF COMPLAINT                                      366 M9
      TYPE: DOCKET
      COMPLAINT, FILED.

07/14/2010 #2     NOTICE, NEW CASE NUMBER                                836 M9
      TYPE: DOCKET
      NOTICE SENT GIVING NEW CASE NUMBER TO ALL PARTIES.

07/14/2010 #3     SUMMONS ISSUED                                         248 M9
      TYPE: DOCKET
      TWO 60 DAY SUMMONSES ISSUED FOR PERSONAL SERVICE AND HANDED TO
      ATTORNEY.



EXHIBIT A

```
Civil       INFORMATION FOR CASE #335320  AS OF 07/14/2010 09:50  5127
```

------------------------------------------------------------------------
| TRIAL ELECTION : COURT          Status: Open           as of: 07/13/2010
| SUBTYPE: CONTRACT                                      TRACK:   0
| MAIN CHARGE: DECLARATORY RELIEF                              AGE:    1

  P JONATHAN S SHURBERG P C        11/11/1111 JONATHAN S SHURBERG, ESQ 14365
    8720 GEORGIA AVE 906                      JONATHAN S. SHURBERG, P.C.
    SILVER SPRING, MD 20910                   8720 GEORGIA AVE 906
                                              SILVER SPRING MD 20910
                                              PHONE   301-585-0707
          -VS.-

  D MINNESOTA LAWYERS MUTUAL INSURAN 00/00/0000 NONE ASSIGNED AS OF THIS DATE
    333 S SEVENTH ST
    MINNEAPOLIS, MN 55402
------------------------------------------------------------------------
                          C H A R G E S
 #01   DECLARATORY RELIEF
 #02   INJUNCTION

------------------------------------------------------------------------

 COSTS      COUNTY MAKER    DATE         ASSESSED    STATUS DATE      PAID STATUS

 Filing                     07/13/2010   $135.00     07/13/2010       $135.00 Paid

MINNESOTA LAWYERS MUTUAL INSURANCE
COMPANY
333 S SEVENTH ST
MINNEAPOLIS MN 55402

Agent for MINNESOTA LAWYERS MUTUAL INSUR
ELIZABETH P. SAMMIS
INTERIM MARYLAND INSURANCE COMMISSIONER
200 ST. PAUL PL, SUITE 2700
BALTIMORE, MD 21202

```
07/14/2010 09:35:30    Addressee Check Sheet - 335320-V                    Page 01

MINNESOTA LAWYERS MUTUAL INSURANCE
COMPANY
333 S SEVENTH ST
MINNEAPOLIS MN 55402

Agent for MINNESOTA LAWYERS MUTUAL INSUR
ELIZABETH P. SAMMIS
INTERIM MARYLAND INSURANCE COMMISSIONER
200 ST. PAUL PLACE, SUITE 2700
BALTIMORE, MD 21202
```

SUM1KRF

JONATHAN S SHURBERG P C
8720 GEORGIA AVE #906
SILVER SPRING MD 20910

MINNESOTA LAWYERS MUTUAL INSURANCE
COMPANY
333 S SEVENTH ST
MINNEAPOLIS MN 55402

JONATHAN S SHURBERG, ESQ
JONATHAN S. SHURBERG, P.C.
8720 GEORGIA AVE 906
SILVER SPRING MD 20910

NEWCASE