MLM :: Request To Issue                                              Page 1 of 2

REC'D JUL 2 8 2008



# MINNESOTA LAWYERS MUTUAL
INSURANCE COMPANY

## Request-to-Issue
### Quotations valid up to two weeks after the effective date.

**Coverage is not Bound Until Appropriate Premium Payment is Remitted along with this *signed* form**

Quote #18908-5

| | |
|---|---|
| Applicant's Name: | Jonathan S. Shurberg, P.C |
| Policy Effective Date: | 7/15/2008 |
| Limits of Liability Requested: | 1,000,000 / 3,000,000 |
| | Per Claim / Aggregate |
| Deductible Requested: | $5,000 |
| Total: | $2,693 |

### Premium Payment Plan

| | | |
|---|---|---|
| [ ] Full Payment | $2,693 | Full Payment |
| [✓] Three Payment (3 consecutive monthly Installments) | $947 | 1/3 of total premium and a one time $50.00 service fee (included). |
| [ ] Nine Payment * | $404 | 15% of total premium |
| [ ] Eleven Payment * | $229 | 8.5% of total premium |

*UR #3676*
*AMT $947.00*
*M.H.*

By accepting this quotation, the undersigned certifies that there have been no significant changes in practice or any information contained in the previously submitted application(s) The undersigned further certifies that the undersigned is not aware of any claims or circumstances that could result in claims or disciplinary actions that have not been reported to Minnesota Lawyers Mutual. If this is not the case, the undersigned will provide immediate written notification to Minnesota Lawyers Mutual before accepting the quotation

Please make check payable and Mail to
Minnesota Lawyers Mutual
333 S. 7th St,
Suite 2200
Minneapolis, MN 55402

_____    _OWNER_____    _7/22/08_
Signature of Managing Partner           Title                Date

Request to Issue (01-02)        1       Minnesota Lawyers Mutual Insurance Company
                                        333 S. 7th St, Suite 2200; Minneapolis, MN 55402
                                        1-800-422-1370 phone    1-800-305-1510 fax

**EXHIBIT B**

https://enet3.mlmins.com/OLA/Secure/Applications/RTI.aspx                7/22/2008