## Warranty Page

I hereby certify that there have been no significant changes in my/our practice or the previously submitted application information. I further certify that I/we are not aware of any claims or circumstances that could result in claims or disciplinary actions that have not been reported to Minnesota Lawyers Mutual.

**NO CHANGES or CLAIMS**

**Signed By:** Jonathan Shurberg   **Title:** Owner   **Date Signed:** 7/22/2008 9:11:28 AM



EXHIBIT C