LAW OFFICES
## DAVID E. KINDERMANN
15 WEST MONTGOMERY AVENUE
SUITE 300
ROCKVILLE, MARYLAND 20850
TEL.: 301-762-7900

---

KindermannLaw.com

DAVID E. KINDERMANN (MD & DC)

May 29, 2009

Jonathan Shurberg, P.C.
1317 Apple Avenue
Silver Spring, MD 20910

      Re: Rosa Peralta

Mr. Shurberg:

    I represent Ms. Peralta relative to the subject claim which stems from your previous representation in Ms. Peralta's Worker's Compensation Commission matter and subsequent appeal.

    Kindly contact me at your earliest convenience and/or forward a copy of this correspondence to your malpractice insurance carrier.

                                          Thank you,

                                          DAVID E. KINDERMANN

