From: Jonathan Shurberg

Sent: Thu Oct 08 16:06:20 2009

To: Anne Johnson

Subject: Summons and complaint

Importance: Normal

Attachments: summons and complaint.pdf


Attached please find a summons and complaint regarding the Peralta matter for which you were put on notice on or about June 1, 2009. Notwithstanding your denial of this claim on grounds that are flatly contrary to Maryland law, I hereby demand that you provide a defense in this matter. Failure to do so will result in my seeking a stay, followed by a declaratory judgment action against your firm for failure to provide a defense. Your prompt reply is greatly appreciated.


Jonathan S. Shurberg

JONATHAN S. SHURBERG, P.C.

1317 Apple Avenue

Silver Spring, MD 20910

(301) 585-0707

FAX (301) 608-9018

e-mail: jsmdlawyer@verizon.net



EXHIBIT G