

# MINNESOTA LAWYERS MUTUAL
INSURANCE COMPANY

October 13, 2009

Sent Via Registered E-Mail Only

**PERSONAL & CONFIDENTIAL**

Mr. Jonathan Shurberg
Jonathan S. Shurberg, P.C.
1317 Apple Avenue
Silver Spring, MD 20910

Re:   MLM File Number:   09-469
       Policy Number:   18908-5
       Insured:   Jonathan Shurberg
                     Jonathan S. Shurberg, P.C.
       Claimant:   Rosa Peralta

Dear Mr. Shurberg:

We acknowledge receipt of your email dated October 8, 2009 in which you attached a summons and complaint filed against you and arising out of the above-referenced matter and in which you demanded that MLM provide you with a defense.

Please be advised that we stand by our prior determination that your MLM policy provides no coverage for this claim. In that regard, this letter is a supplement to and incorporates our letter to you dated June 9, 2009 in which we initially informed you that there is no coverage for this claim. Thus, MLM respectfully declines to defend or indemnify you in regard to this lawsuit and we suggest you promptly retain counsel to defend your interests in this regard.



EXHIBIT H

Regional Offices
Philadelphia, PA / Richmond, VA / Atlanta, GA / Towson, MD

phone 800.422.1370
fax 800.305.1510
www.mlmins.com / info@mlmins.com

333 South Seventh Street
Suite 2200
Minneapolis, MN 55402

Mr. Shurberg
October 13, 2009
Page 2


Sincerely,

*Anne S Johnson* (signature)

Anne S. Johnson
Claim Attorney
Minnesota Lawyers Mutual
333 South Seventh Street
Suite 2200
Minneapolis, MN  55402
612.373.9670
ajohnson@mlmins.com


cc:  Jon Schraub